*Long* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 220. LANDES *v.* KNIGHT, PRESIDENT JUDGE, ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 221. CAROLINA POWER & LIGHT Co. *v.* JERNIGAN, ADMINISTRATOR. C. A. 4th Cir. Certiorari denied. *Charles F. Rouse* and *A. Y. Arledge* for petitioner. *Warren E. Miller* for respondent.

No. 222. PREFERRED INSURANCE Co. ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *William H. Levit* and *George W. Murphy* for petitioners. *Solicitor General Sobeloff, Acting Assistant Attorney General Leonard, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 224. TRINITY UNIVERSAL INSURANCE Co. *v.* SMITHWICK. C. A. 8th Cir. Certiorari denied. *Wm. Andress, Jr.* and *Jay W. Dickey* for petitioner. *W. H. Rector* for respondent.

No. 225. McDow ET AL. *v.* LOUISIANA SOUTHERN RAILWAY Co. C. A. 5th Cir. Certiorari denied. *Louis C. Guidry* for petitioners. *J. Blanc Monroe* for respondent.

No. 226. KAYE, ADMINISTRATOR, *v.* BECHLER ET AL. C. A. 10th Cir. Certiorari denied. *Peyton Ford, Alan Y. Cole, Travis I. Milsten* and *David R. Milsten* for petitioner. *James S. Twyford, Solon W. Smith* and *William J. Crowe* for respondents.